UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHRIS CONNOLLY, et al.**, Plaintiff, v. **STA MANAGEMENT, LLC, et al.**, Defendant. | 2:20-CV-11795 **ORDER GRANTING MOTIONS TO EXTEND DISCOVERY (ECF NO. 15) AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF NO. 16)** |

Before the Court are Plaintiff's motions for a 60-day extension to complete discovery, ECF No. 15, and for leave to file his first amended complaint. ECF No. 16. Plaintiff further notified the Court that the motion for a 60-day extension is unopposed by Defendant and that the parties are scheduled for a settlement conference with Magistrate Judge Anthony P. Patti on March 15, 2021. ECF No. 15, PageID.72. Plaintiff maintains that the added time could assist the parties in focusing on a settlement rather than engaging in litigation. As such, the Court grants the motion for a 60-day extension.

As to Plaintiff's motion for leave to file his first amended complaint, at least twenty-eight days have elapsed since it was filed. Filing such a motion through the electronic filing system effectuates service and provides notice to the nonmoving party. Pursuant to E.D. Mich. Local Rule 7.1(e)(2)(B), "[a] response to a nondispositive motion must be filed

1

within 14 days after service of the motion." Because Defendant has not made a timely response, the Court will grant Plaintiff's motion for leave to file his first amended complaint. *See* ECF No. 15.

**IT IS SO ORDERED.**

Dated: February 26, 2021      s/Terrence G. Berg
　　　　　　　　　　　　　　　TERRENCE G. BERG
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on February 26, 2021.

　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　Case Manager