UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHRIS CONNOLLY, ET AL.,**<br><br>Plaintiff,<br><br>vs.<br><br>**STA MANAGEMENT, LLC, ET AL.,**<br><br>Defendant. | **2:20-CV-11795-TGB-APP**<br><br><br>**ORDER GRANTING MOTION TO APPROVE WAGE AND HOUR SETTLEMENT** |

## <u>Order Granting Approval of Wage and Hour Settlement</u>

Having considered the parties' Joint Motion for Approval of Wage and Hour Settlement, and upon carefully reviewing the nature of the settlement and all the surrounding circumstances, the Court hereby finds:

  i.   The Settlement is the product of a bonafide dispute;
  ii.  The Settlement obtained is fair, reasonable, and adequate; and
  iii. The attorneys' fee award is reasonable.

Therefore, the parties' Joint Motion for Approval of Wage and Hour Settlement is **GRANTED** and the case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 17, 2021

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on December 17, 2021.

s/A. Chubb
Case Manager