UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SUTTON LEASING, INC.,** a **Michigan corporation,**<br><br>Plaintiff,<br><br>vs.<br><br>**VETERANS RIDESHARE, INC., a Delaware corporation; VETERANS EXPRESS, LLC, a Delaware limited liability company; YOUR LEASING SOLUTION, LLC, a Washington limited liability company; and CAR CHAMPS FINANCE, LLC, a Delaware limited liability company,**<br><br>Defendants. | **2:20-CV-10815-TGB-DRG**<br><br><br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AGAINST PLAINTIFF AND SEEKING ATTORNEY FEES** |

## <u>JUDGMENT</u>

In accordance with the opinion and order issued on this date, GRANTING Defendants' Motion to Enforce Settlement Agreement and Seeking Attorney Fees;

It is ORDERED AND ADJUDGED that the case be dismissed and judgment entered in favor of Defendant.

Dated at Detroit, Michigan:  December 17, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb_          _____
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE